


Exhibit No. PX-B

# Wi-Fi Easy Connect™ Specification

Version 2.0

**WI-FI ALLIANCE PROPRIETARY – SUBJECT TO CHANGE WITHOUT NOTICE**

Use of this document is subject to all of the terms and conditions of the Specification Use Agreement. This draft specification is based on the non-final version of the specification and is subject to revision and change. Wi-Fi Alliance provides no assurances of any kind as to whether the information in this document will represent or not represent the final specification. The information in this document is based upon an unapproved draft specification and must not be utilized for any conformance or compliance purposes. WiFi Alliance has not conducted an intellectual property rights ("IPR") review of this document and the information contained herein, and makes no representations or warranties regarding any IPR, including without limitation patents, copyrights or trade secret rights. This document may contain inventions for which you must obtain licenses from third parties before making, using or selling the inventions. All liability and responsibility for any use of this draft specification rests with the user, and not with any of the parties who contribute to, or who own or hold any IPR in or underlying, this draft specification.

This document may be used with the permission of Wi-Fi Alliance under the terms set forth herein. By your use of the document, you are agreeing to these terms. Unless this document is clearly designated as an approved specification, this document is a work in process and is not an approved Wi-Fi Alliance specification. This document is subject to revision or removal at any time without notice. Information contained in this document may be used at your sole risk. Wi-Fi Alliance assumes no responsibility for errors or omissions in this document. This copyright permission does not constitute an endorsement of the products or services. Wi-Fi Alliance trademarks and certification marks may not be used unless specifically allowed by Wi-Fi Alliance.

Wi-Fi Alliance owns the copyright in this document and reserves all rights therein. A user of this document may duplicate and distribute copies of the document in connection with the authorized uses described herein, provided any duplication in whole or in part includes the copyright notice and the disclaimer text set forth herein. Unless prior written permission has been received from Wi-Fi Alliance, any other use of this document and all other duplication and distribution of this document are prohibited. Unauthorized use, duplication, or distribution is an infringement of Wi-Fi Alliance's copyright.

©2020 Wi-Fi Alliance.  All Rights Reserved.
Used with the permission of Wi-Fi Alliance under the terms as stated in this document.


# 8  DPP Attribute, frame, and Element Formats

DPP messages are exchanged using 802.11 Public Action frames, with the exception of DPP Configuration Request/Response frames, which include a similar header format, but are exchanged using vendor specific Generic Advertisement Service (GAS) Public Action frames. The information element (IE) usage and convention for DPP Configuration Request/Response frames is the same as all other DPP frames.

In addition to DPP Protocol framing, the specification introduces the Network Introduction protocol, where Peers use a Connector to establish a security association. The Network Introduction protocol elements are given in section 8.3.4.

## 8.1  DPP Attributes

The DPP attributes are defined to have a common general format consisting of a 2 octet DPP Attribute ID field, a 2-octet Length field and variable-length attribute-specific information fields, as shown in Table 24. Both fields are encoded in little endian byte order.

Table 24.   General Format of DPP Attribute

| Field | Size (octets) | Value (Hexadecimal) | Description |
| --- | --- | --- | --- |
| Attribute ID | 2 | variable | Identifying the type of DPP attribute. The specific values are defined in Table 25 . |
| Length | 2 | variable | Length of the following fields in the attribute. |
| Attribute Body Field | variable | | Attribute-specific information fields. |

Table 25.   Attribute ID Assignments

| Attribute ID (Hexadecimal) | Notes |
| --- | --- |
| 0000 – 0FFF | Reserved |
| 1000 | DPP Status |
| 1001 | Initiator Bootstrapping Key Hash |
| 1002 | Responder Bootstrapping Key Hash |
| 1003 | Initiator Protocol Key |
| 1004 | Wrapped Data |
| 1005 | Initiator Nonce |
| 1006 | Initiator Capabilities |
| 1007 | Responder Nonce |
| 1008 | Responder Capabilities |
| 1009 | Responder Protocol Key |
| 100A | Initiator Authenticating Tag |
| 100B | Responder Authenticating Tag |
| 100C | DPP Configuration Object, see section 4.5 |
| 100D | DPP Connector, see Figure 14 for an example |

© 2020 Wi-Fi Alliance. All Rights Reserved.
Used with the permission of Wi-Fi Alliance under the terms as stated in this document.