**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, | Civil Action No. 6:20-cv-1012-ADA<br>Civil Action No. 6:20-cv-1013-ADA<br>Civil Action No. 6:20-cv-1014-ADA<br>Civil Action No. 6:20-cv-1015-ADA |
| Plaintiff, | Civil Action No. 6:20-cv-1016-ADA<br>Civil Action No. 6:20-cv-1017-ADA |
| v. | Civil Action No. 6:20-cv-1018-ADA<br>Civil Action No. 6:20-cv-1019-ADA |
| TP-LINK TECHNOLOGY CO., LTD., | Civil Action No. 6:20-cv-1020-ADA<br>Civil Action No. 6:20-cv-1021-ADA<br>Civil Action No. 6:20-cv-1022-ADA |
| Defendant. | **JURY TRIAL DEMANDED** |

**UNOPPOSED NOTICE TO EXTEND TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S RESPONSE**

Defendant files this Notice, unopposed by Plaintiff WSOU Investments, LLC, d/b/a

Brazos Licensing and Development, to extend the time for Defendant to reply to Plaintiff's

Response to Defendant's Motion to Reduce the Number of Asserted Patent Claims.  TP-Link

China is requesting to extend its reply deadline to March 11, 2022.  This request does not change

the date for any hearing, any final submission to the Court related to a hearing, or trial.

UNOPPOSED NOTICE TO EXTEND TIME FOR DEFENDANT TO REPLY TO
PLAINTIFF'S RESPONSE - Page 1

Dated:  March 4, 2022                         Respectfully submitted,

                                              FISH & RICHARDSON P.C.

                                              By: */s/ John T. Johnson*
                                                   David M. Hoffman
                                                   Texas Bar No. 24046084
                                                   hoffman@fr.com
                                                   Fish & Richardson P.C.
                                                   111 Congress Avenue, Suite 810
                                                   Austin, TX 78701
                                                   Telephone: (512) 472-5070
                                                   Facsimile: (512) 320-8935

                                                   John T Johnson (admitted *pro hac vice*)
                                                   jjohnson@fr.com
                                                   Michael Autuoro (admitted *pro hac vice*)
                                                   autuoro@fr.com
                                                   Jeffrey C. Mok (admitted *pro hac vice*)
                                                   jmok@fr.com
                                                   Fish & Richardson P.C.
                                                   7 Times Square, 20th Floor
                                                   New York, NY 10036
                                                   Telephone: (212) 765-5070
                                                   Facsimile: (212) 258-2291
                                                   633 West 5th Street, 26th Floor
                                                   Los Angeles, CA 90071

                                              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on March 4, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).

*/s/ John T. Johnson*
John T. Johnson